466 A.2d 708

Commonwealth v. Owens, Appellant.

Submitted February 9, 1983. Edward Guido, Public Defender, for appellant; Theodore B. Smith, III, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.

BROSKY, J., concurred in the result.